# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2640
Lower Tribunal No. 18-CA-006085

_____

SHELDON J. BURNETT,

Appellant,

v.

SOVEREIGN HEALTH OF FLORIDA, INC., VEDANTA LABORATORIES, and SHEREYA HEALTH OF FLORIDA, INC.,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

SMITH and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Daniel M. Samson, of Samson Appellate Law, Miami, for Appellant.

Roger Slade and Deesha Smart, of Haber Law, LLP, Miami, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED